■ JAMES R. GOULD, JR., et al., Respondents, v CHARLES I. FURBISH et al., Appellants. — Order, Supreme Court, New York County (Crane, J.), entered on November 1, 1982, unanimously affirmed. Respondents shall recover of

appellants $75 costs and disbursements of this appeal. Appeal from order of said court entered on August 11, 1982, dismissed as having been superseded by the appeal from the order entered on November 1, 1982, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Fein, Milonas and Kassal, JJ.